## U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:19-cv-01300-XR

Colbath v. UNITED STATES OF AMERICA  
Assigned to: Judge Xavier Rodriguez  
Demand: $10,000,000  
Lead case: 5:18-cv-00555-XR  
Member case: (View Member Case)  
Cause: 28:1346 Tort Claim  

Date Filed: 11/01/2019  
Date Terminated: 07/30/2021  
Jury Demand: None  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**David Eugene Colbath**  
*As Next of Friend of O.C.*

represented by **Brett T. Reynolds**  
Brett Reynolds & Associates, P.C.  
1250 N.E. Loop 410 Suite 310  
San Antonio, TX 78209  
(210)805-9799  
Fax: 210 455 2434  
Email: btreynolds@btrlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12799548), filed by [redacted]. (Attachments: # 1 Civil Cover Sheet coversheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Reynolds, Brett) (Entered: 11/01/2019) |
| 11/01/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by [redacted]. (Reynolds, Brett) (Entered: 11/01/2019) |
| 11/01/2019 | 3 | REQUEST FOR ISSUANCE OF SUMMONS by [redacted]. (Reynolds, Brett) (Entered: 11/01/2019) |
| 11/01/2019 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 11/04/2019) |
| 11/01/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Farrer (bc) (Entered: 11/04/2019) |
| 11/04/2019 | 4 | Summons Issued as to UNITED STATES OF AMERICA, U.S. Attorney and U.S. Attorney General (bc) (Entered: 11/04/2019) |
| 11/05/2019 | 5 | ORDER CONSOLIDATING CASE. Signed by Judge Xavier Rodriguez. (bc) (Entered: 11/08/2019) |
| 12/03/2019 | | Set Deadlines/Hearings: ADR Report Deadline due by 1/24/2020, Amended Pleadings due by 10/1/2019, Discovery due by 4/1/2020, Motions due by 6/1/2020, Jury Selection set for 9/8/2020 10:30AM before Judge Xavier Rodriguez, Jury Trial set for 9/8/2020 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 8/27/2020 10:30 AM before Judge Xavier Rodriguez, (see main case #18-cv-555) (rf) (Entered: 12/03/2019) |
| 01/08/2021 | | Set Deadlines/Hearings: Discovery due by 8/3/2020 and Dispositive Motions due by 2/24/2021 Bench Trial set for 4/5/2021 9:00 AM before Judge Xavier Rodriguez and Pretrial Conference set for 3/25/2021 10:30 AM before Judge Xavier Rodriguez. (bc) (Entered: 01/08/2021) |
| 07/30/2021 | 6 | ORDER-- The Clerks office is therefore DIRECTED to administratively close these consolidated cases pending further order of the Court. Though administratively closed, these cases will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents under the lead case, Holcombe v. United States, SA-18-CV-555-XR. Signed by Judge Xavier Rodriguez. (bc) (Entered: 08/02/2021) |
| 02/22/2022 | 7 | NOTICE of Filing Proposed Final Judgment by David Eugene Colbath (Alsaffar, Jamal) (Entered: 02/22/2022) |
| 04/05/2022 | 8 | NOTICE of Filing Revised Proposed Final Judgment by David Eugene Colbath (Alsaffar, Jamal) (Entered: 04/05/2022) |
| 04/05/2022 | 9 | FINAL JUDGMENT. Signed by Judge Xavier Rodriguez. (nm) (Entered: 04/05/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2022 06:41:23 | | | |
| **PACER Login:** | aprilstrahan:5751545:0 | **Client Code:** | Sutherland Springs |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-01300-XR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |